UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION - LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>TEDDY M. LIVINGSTON,<br>    Defendant. | CRIMINAL ACTION NO. 5:11-113-KKC<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the defendant Teddy M. Livingston's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (DE 66). This Court referred the motion to the United States Magistrate Judge for consideration.

The Magistrate Judge has filed a Report and Recommendation (DE 70) in which she recommends that Livingston's motion should be denied and that a certificate of appealability should not be issued. She gave the parties 14 days to file objections.

Livingston has not filed any objections to the Report and Recommendation. Further, the Court finds the Magistrate Judge's analysis and conclusion correct. Accordingly, the Court hereby ORDERS as follows:

1) the Magistrate Judge's Report and Recommendation (DE 70) is ADOPTED as the Court's opinion;

2) Livingston's § 2255 motion (DE 66) is DENIED;

3) a certificate of appealability SHALL NOT be issued; and

4) judgment SHALL BE entered contemporaneously with this opinion.

Dated October 25, 2016.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY